UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KINGVISION PAY-PER-VIEW LTD.                           ORDER
As Broadcast Licensee of the OCTOBER 2, 2004          05 CV 1042 (GBD) (RLE)
TRINIDAD-MAYORGA Program,

                                    Plaintiff,

            -against-

JOSE BRITO, et al.,

                                    Defendants.

---------------------------------------------------------------x
GEORGE B. DANIELS, District Judge:

        After entering a judgment of default in this action, the Court referred this matter to

Magistrate Judge Ronald L. Ellis for an inquest of damages.  He issued a Report and

Recommendation ("Report") recommending that plaintiff be awarded $5,000 in statutory

damages and $25,000 in enhanced damages, for a total of $30,000.  In the Report, Magistrate

Judge Ellis advised the parties that failure to file timely objections to the Report will constitute a

waiver of those objections in both the District Court and on later appeal to the United States

Court of Appeals.  No party filed objections to the Report and the time to do so has expired.  28

U.S.C. § 636(b)(1).

        The Court may accept, reject or modify, in whole or in part, the findings and

recommendation set forth within the Report.  28 U.S.C. § 636(b)(1).   Where there are no

objections, the Court may accept the Report provided there is no clear error on the face of the

record.  Nelson v. Smith, 618 F.Supp. 1186, 1189 (S.D.N.Y. 1985); see also Heisler v. Kralik,

981 F.Supp. 830, 840 (S.D.N.Y. 1997), aff'd sub nom. Heisler v. Rockland County, 164 F.3d

618 (2d Cir. 1998).

After reviewing the Report, the Court finds that the record is not facially erroneous.

Therefore, the Court adopts the Report in its entirety and, for the reasons stated therein, the

Court directs the Clerk of the Court to enter judgment in accordance therewith.


Dated: New York, New York
       March 20, 2006

SO ORDERED:

_GEORGE B. DANIELS_
GEORGE B. DANIELS
United States District Judge